MIE 1A
Revised 07/12

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

UNITED STATES OF AMERICA

    v.

Cordero Demetrius Shelton                      Crim. No.: 13-20478-01

On 04/16/2015 the Court authorized the issuance of a probation summons based upon a violation petition citing violations' of supervision. The issues of the violations' were heard in Court on 05/07/2015, and the Court made the following findings:

__X__ Guilty of violating conditions of supervision. The following special condition(s) of supervision is/are added. "The defendant shall participate in the home confinement program for a period of 180 days. During this time the defendant will remain at his/her place of residence except for employment and other activities approved by the probation officer. The defendant will maintain a telephone at his/her place of residence without "call forwarding," a modem, "Caller ID," "call waiting," or portable cordless telephones for the above period. At the direction of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by the probation officer. The defendant shall pay the costs of electronic monitoring."

"Zero Tolerance"

                                           Respectfully submitted,

                                           s/Andrea L. Brand
                                             United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violations matter be resolved and supervision in this case be continued pending an exit interview to be held November 2015. Furthermore, at that time the Court will make a determination to continue probation or revoke supervision. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

       Dated this 7th Day of May, 2015.

                                             s/Robert H. Cleland
                                             United States District Judge